# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| VERDANT HEALTH COMMISSION, et al,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, Secretary, United States Department of Health and Human Services,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C14-5108RBL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' Motion for Summary Judgment [Dkt. #11] is **DENIED** and Defendant's Motion for Summary Judgment [Dkt. #26] is **GRANTED.**

DATED this 2nd day of September, 2015

s/William M. McCool
William M. McCool, Clerk

_____
Jean Boring, Deputy Clerk