THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VERDANT HEALTH COMMISSION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SYLVIA M. BURWELL, Secretary, United States Department of Health and Human Services, <br><br> Defendant. | Case No. C14-5108RBL <br><br> JOINT NOTICE OF APPEAL AND REPRESENTATION STATEMENT |

Notice is hereby given that all plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 2nd day of September, 2015.

DATED: October 15, 2015.

JOINT NOTICE OF APPEAL AND REPRESENTATION STATEMENT - 1
Cause No. C14-5108RBL

Respectfully submitted,

COZEN O'CONNOR

By: /s/ *William H. Walsh*  /s/ *Mark H. Gallant*
William H. Walsh, WSBA No. 21911  Mark H. Gallant (PA 51767)
Cozen O'Connor  (pro hac vice)
999 Third Avenue, Suite 1900  /s/ *Gregory M. Fliszar*
Wells Fargo Center  Gregory M. Fliszar (PA 87816)
Seattle, Washington 98104  (pro hac vice)
Telephone: 206.340.1000  Cozen O'Connor
Toll Free Phone: 800.423.1950  One Liberty Place
Facsimile: 206.621.8783  1650 Market Street
Email: wwalsh@cozen.com  Philadelphia, Pennsylvania 19103
  Telephone: 215.665.2000
**Attorneys for Plaintiffs-Appellants**  Facsimile: 215.665.2013
  Email: mgallant@cozen.com
  Email: gfliszar@cozen.com

**Attorneys for Plaintiffs-Appellants**

JOINT NOTICE OF APPEAL AND REPRESENTATION STATEMENT - 2
Cause No. C14-5108RBL

COZEN O'CONNOR
999 THIRD AVE., STE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000
FACSIMILE (206) 621-8783

# **REPRESENTATION STATEMENT**

The undersigned represent all Plaintiffs-Appellants and no other party. Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail address.

| Party | Counsel |
|---|---|
| Plaintiffs-Appellants Verdant Health Commission dba Stevens Healthcare; Providence Health & Services-Washington, formerly dba Providence Yakima Medical Center; Providence Health & Services-Washington, dba Providence Regional Medical Center Everett; Providence Health & Services-Washington, dba Providence Centralia Hospital; Provience Health & Services-Washington, dba Providence St. Peter Hospital; Yakima Valley Memorial Hospital; Harrison Medical Center; PeaceHealth Southwest Medical Center; Providence Health & Services-Washington, dba Providence Sacred Heart Medical Center; Kadlec Regional Medical Center; Harborview Medical Center; Providence Health & Services-Washington, dba Providence Holy Family Hospital; Multicare Health System dba Multicare Good Samaritan Hospital; Franciscan Health Services, dba St. Joseph Medical Center; Multicare Health System, dba Multicare Allenmore Hospital; Franciscan Health Services, dba St. Francis Hospital; University of Washington Medical Center; Skagit Valley Hospital; Olympic Medical Center; Central Washington Hospital; Franciscan Health Services, dba St. Clare Hospital; Empire Health Foundation, fka Deaconess Medical Center; Empire Health Foundation, fka Valley Hospital Medical Center; Providence Health & Services-Washington, dba Providence St. Mary Medical Center; Swedish Health Services, dba Swedish Medical Center; and Swedish Health Services, dba Swedish Medical Center Cherry Hill | William H. Walsh, WSBA No. 21911<br>Cozen O'Connor<br>999 Third Avenue, Suite 1900<br>Wells Fargo Center<br>Seattle, Washington 98104<br>Telephone: 206.340.1000<br>Toll Free Phone: 800.423.1950<br>Facsimile: 206.621.8783<br>Email: wwalsh@cozen.com<br><br>Mark H. Gallant (PA 51767)<br>  (pro hac vice)<br>Gregory M. Fliszar (PA 87816)<br>  (pro hac vice)<br>Cozen O'Connor<br>One Liberty Place<br>1650 Market Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: 215.665.2000<br>Facsimile: 215.665.2013<br>Email: mgallant@cozen.com<br>Email: gfliszar@cozen.com |

JOINT NOTICE OF APPEAL AND REPRESENTATION STATEMENT - 3
Cause No. C14-5108RBL

COZEN O'CONNOR
999 THIRD AVE., STE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000
FACSIMILE (206) 621-8783

| Defendant-Appellee Sylvia M. Burwell, Secretary, United States Department of Health and Human Services | PETER A. WINN, WSBA #34701<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>E-mail: peter.winn@usdoj.gov<br><br>KAYLA STAHMAN, CABA #228931<br>Assistant United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>206-553-4088<br>Fax: 206-553-4067<br>Email: Kayla.Stahman@usdoj.gov |
|---|---|

Respectfully submitted,

COZEN O'CONNOR

By: /s/ *William H. Walsh*      /s/ *Mark H. Gallant*
    William H. Walsh, WSBA No. 21911     Mark H. Gallant (PA 51767)
    Cozen O'Connor       (pro hac vice)
    999 Third Avenue, Suite 1900     /s/ *Gregory M. Fliszar*
    Wells Fargo Center     Gregory M. Fliszar (PA 87816)
    Seattle, Washington 98104       (pro hac vice)
    Telephone: 206.340.1000     Cozen O'Connor
    Toll Free Phone: 800.423.1950     One Liberty Place
    Facsimile: 206.621.8783     1650 Market Street
    Email: wwalsh@cozen.com     Philadelphia, Pennsylvania 19103
                                                 Telephone: 215.665.2000
**Attorneys for Plaintiffs-Appellants**     Facsimile: 215.665.2013
                                                 Email: mgallant@cozen.com
                                                 Email: gfliszar@cozen.com

                                                 **Attorneys for Plaintiffs-Appellants**

DATED:    October 15, 2015.

JOINT NOTICE OF APPEAL AND REPRESENTATION STATEMENT - 4
Cause No. C14-5108RBL

COZEN O'CONNOR
999 THIRD AVE., STE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000
FACSIMILE (206) 621-8783

# **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

PETER A. WINN, WSBA #34701
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: peter.winn@usdoj.gov

KAYLA STAHMAN, CABA #228931
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
206-553-4088
Fax: 206-553-4067
Email: Kayla.Stahman@usdoj.gov

**Attorneys for Defendant-Appellee**

Dated: October 15, 2015.

By: /s/ *Jan Young*
Jan Young, Legal Assistant

LEGAL\24441701\3 13652.0001.000/354734.000

JOINT NOTICE OF APPEAL AND REPRESENTATION STATEMENT - 5
Cause No. C14-5108RBL

COZEN O'CONNOR
999 THIRD AVE., STE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000
FACSIMILE (206) 621-8783