UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VERDANT HEALTH COMMISSION, Edmonds, Washington, DBA Stevens Healthcare; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ERIC D. HARGAN, Secretary of the United States Department of Health and Human Services, <br><br> Defendant - Appellee. | No. 15-35797 <br><br> D.C. No. 3:14-cv-05108-RBL <br> U.S. District Court for Western Washington, Tacoma <br><br> **MANDATE** |

The judgment of this Court, entered January 05, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7